# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SHAMONT L. SAPP,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | Case No. 17-cv-01698-BLF<br><br>**ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS AND MOTION TO AMEND CAPTION OF THE COMPLAINT** |

Before the Court is Plaintiff Shamont Sapp's application to proceed *in forma pauperis*. ECF 5. Having considered the application and the complaint, the Court hereby GRANTS Sapp's application. Sapp also moves to amend the caption of this case. ECF 14. The caption of the initial complaint indicates that the case was filed based on the Civil Rights Act, 42 U.S.C. § 1983. ECF 1. However, Sapp requests that the "42 U.S.C. § 1983" caption be replaced with "California Consumer Protection Act" and "Oregon Consumer Protection Act." ECF 14-1. The Court finds this amendment proper and thus GRANTS the motion to amend the caption of the complaint.

The Clerk of the Court shall issue summons. It is further ordered that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendment, including the exhibit at ECF 14-1, scheduling orders, attachments, and this order upon the defendant.

**IT IS SO ORDERED.**

Dated: June 29, 2017

                                                                                           _____
                                                                                           BETH LABSON FREEMAN
                                                                                           United States District Judge